UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:26-CR-00038(1)-RP |
| | § | |
| (1) Victor Sixto-Antero | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 29, 2026, wherein the defendant Sixto-Antero waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Sixto-Antero to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Sixto-Antero's plea of guilty to Count 1 of the Information is accepted.

Signed this 19th day of February, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE